UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JESSE G. RANON, | Case No. 2:16-cv-01264-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| NATIONSTAR MORTGAGE, LLC, et al. | |
| Defendants. | |

Before the court is the Notice of Settlement Between Plaintiff and Innovis Data Solutions, Inc. (ECF No. 5). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days. Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Innovis Data Solutions, Inc. shall have until **August 8, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 20th day of July, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE