1

JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772

2

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway

3

Suite 400 North
Las Vegas, Nevada  89169

4

Telephone:  (702) 792-3773

5

Facsimile:  (702) 792-9002
Email:  bundickj@gtlaw.com

6

7

*Counsel for Defendant*

8

*NATIONSTAR MORTGAGE, LLC*

9

10

11

**UNITED STATES DISTRICT COURT**

12

**DISTRICT OF NEVADA**

13

JESSE G. RANON,                          CIVIL NO. 2:16-cv-01264-JAD-PAL

14

                    Plaintiff,

15

v.                                       **STIPULATION AND [PROPOSED]
                                         ORDER FOR EXTENSION OF TIME FOR**

16

                                         **DEFENDANT NATIONSTAR MORTGAGE,
                                         LLC TO RESPOND TO PLAINTIFF'S**
NATIONSTAR MORTGAGE, LLC, and            **COMPLAINT**

17

INNOVIS DATA SOLUTIONS, INC.,

18

                    Defendants.          **(FIRST REQUEST)**

19

20

21

22

        Plaintiff Jesse G. Ranon ("Ranon"), by and through his undersigned counsel, and Defendant

23

Nationstar Mortgage, LLC ("Nationstar" or "Defendant"), by and through its undersigned counsel,

24

hereby stipulate and agree that Nationstar has up to and including August 11, 2016, within which to

25

respond to Plaintiff's Complaint (Doc. 1).  The parties agree that this additional time is necessary to

26

allow Nationstar to investigate Ranon's claims and to facilitate discussions of potential early

27

resolution.  This stipulation is made in good faith and not for purposes of delay.  The parties

28

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada  89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*LV 420733732v1*

1    have not previously applied to this Court for an order granting Nationstar additional time to respond

2    to the Complaint.

3            DATED this 12th day of July, 2016.              DATED this 12th day of July, 2016.

4            GREENBERG TRAURIG, LLP                          HAINES & KRIEGER, LLC

5      By:   _/s/ Jacob Bundick_____        By:   _/s/ David H. Krieger_____

6            JACOB D. BUNDICK                                DAVID H. KRIEGER
             Nevada Bar No. 9772                             Nevada Bar No. 9086
7            3773 Howard Hughes Parkway                      8985 S. Eastern Ave., Suite 350
             Suite 400 North                                 Henderson, NV 89123
8            Las Vegas, NV 89169

9                                                            *Counsel for Plaintiff*
             *Counsel for Defendant*                         *JESSE G. RANON*
10           *NATIONSTAR MORTGAGE, LLC*

11

12

13                                    **ORDER**

14

15           **IT IS SO ORDERED** this 20th day of July, 2016.

16

17                                          _____
18                                          United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada  89169
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002